No. 87–5318.  HADDIX *v.* CITY OF DAYTON, OHIO, ET AL. C. A. 6th Cir.  Certiorari denied.

No. 87–5322.  QUINN *v.* NEW JERSEY.  C. A. 3d Cir.  Certiorari denied.

No. 87–5325.  ZENO *v.* BLACKBURN, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 87–5328.  LINDH *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 87–5331.  FIGUEROA *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 87–5332.  BENTLEY *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 87–5333.  DUNCAN *v.* ALABAMA.  C. A. 11th Cir.  Certiorari denied.

No. 87–5334.  SMITH *v.* FAIRMAN, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 87–5336.  WILSON *v.* FOTI, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 87–5337.  BENNETT *v.* GOVERNMENT OF THE VIRGIN ISLANDS.  C. A. 3d Cir.  Certiorari denied.

No. 87–5338.  CHRAPPA *v.* KEMP, SUPERINTENDENT, ADULT DIAGNOSTIC AND TREATMENT CENTER, ET AL.  C. A. 3d Cir. Certiorari denied.

No. 87–5340.  PROPHET *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 87–5341.  MUNOZ *v.* WYOMING.  Dist. Ct. Freemont County, Wyo.  Certiorari denied.

No. 87–5343.  DOE *v.* APPEALS COURT OF MASSACHUSETTS. App. Ct. Mass.  Certiorari denied.

No. 87–5345.  BEHR *v.* TOWNE ASSOCIATES ET AL.  C. A. 2d Cir.  Certiorari denied.